NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MICHAEL CREDICO | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-cv-3456 |
| BARACK OBAMA, et al. | |
| Defendants. | |

| | |
|---|---|
| JUSTIN MICHAEL CREDICO | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-cv-5414 |
| SPRAGUE, et al. | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter having come before the Court upon designation from the Eastern District of Pennsylvania, and upon filing by Plaintiff Justin Michael Credico ("Plaintiff") of a Complaint and application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and for the reasons set forth in the Court's Opinion filed this day;

IT IS on this ___19th___ day of December, 2011;

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **granted**; and it is further

**ORDERED** Plaintiff's Complaint is **dismissed** for its frivolity and failure to state a claim on which relief may be granted.

S/ Dennis M.Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            File